# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Halfenger, Gerald M. | **2. Court or Organization**<br><br>U.S. Bankruptcy Court, E.D. Wisconsin | **3. Date of Report**<br><br>06/28/2017 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐    Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse & Federal Building
Room 140
517 East Wisconsin Avenue
Milwaukee, WI 53217

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Immediate Past President | Seventh Circuit Bar Association |
| 2. | Co-trustee | Chemical Bank, or its successor, as Trustee of the WisPACT Trust II for the benefit of Matthew R. Halfenger, as amended (unfunded) |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 06/28/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Whitefish Bay School District, wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/26/16 - 10/29/16 | San Francisco, CA | continuing legal education, Conference business meeting | lodging, food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 06/28/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Brad and Stephanie Erens | food and lodging for spouse and me at out-of-town wedding of law school roomate | $550.00 |
| 2. | Kyle Markham | food and lodging for spouse and me at out-of-town wedding of family friends' son | $766.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 06/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allianz NFJ Large Cap Value | A | Dividend | J | T | | | | | |
| 2. Blackrock Equity Dividend | A | Dividend | J | T | Sold (part) | 06/17/16 | J | A | |
| 3. | | | | | Sold (part) | 09/30/16 | J | A | |
| 4. Delaware Select Growth | | None | | | Sold (part) | 05/03/16 | K | A | |
| 5. | | | | | Sold | 06/17/16 | J | A | |
| 6. Dodge & Cox Intl Stock | A | Dividend | K | T | Sold (part) | 09/30/16 | J | A | |
| 7. Franklin Fed Int-Term T/F Inc | A | Int./Div. | J | T | | | | | |
| 8. Fundamental Investors | A | Dividend | L | T | Sold (part) | 09/27/16 | J | A | |
| 9. | | | | | Sold (part) | 12/05/16 | J | A | |
| 10. Harbor Capital Appreciation | A | Dividend | L | T | Sold (part) | 09/26/16 | J | A | |
| 11. | | | | | Sold (part) | 12/05/16 | J | A | |
| 12. Hotchkis & Wiley Mid Cap Val | A | Dividend | K | T | Buy (add'l) | 09/26/16 | J | | |
| 13. Invesco International Growth | A | Dividend | K | T | Sold (part) | 06/07/16 | J | A | |
| 14. | | | | | Sold (part) | 09/27/16 | J | A | |
| 15. Invesco Comstock Fd Cl Y | A | Dividend | L | T | Buy (add'l) | 05/03/16 | K | | |
| 16. | | | | | Sold (part) | 09/27/16 | J | A | |
| 17. | | | | | Sold (part) | 12/05/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Manning & Napier World Opp | A | Dividend | J | T | Sold (part) | 09/27/16 | J | A | |
| 19. MFS Municipal Lim Maturity | A | Dividend | J | T | Sold (part) | 09/27/16 | J | A | |
| 20. (Franklin)Mutual Global Discovery Cl Z | A | Dividend | L | T | Sold (part) | 05/03/16 | K | A | |
| 21. | | | | | Sold (part) | 06/17/16 | K | A | |
| 22. | | | | | Sold (part) | 12/05/16 | J | A | |
| 23. Neuberger Berman Mid Cap Gr | A | Dividend | | | Sold | 06/17/16 | J | A | |
| 24. Pioneer Oak Ridge Sm Cap Gr | A | Dividend | | | Sold (part) | 09/27/16 | J | A | |
| 25. | | | | | Sold | 10/04/16 | J | A | |
| 26. T Rowe Price Summit Muni Inc Fd | A | Int./Div. | J | T | Sold (part) | 05/03/16 | J | A | |
| 27. | | | | | Sold (part) | 06/17/16 | J | A | |
| 28. T Rowe Price Tax-Ex Mon Mkt | A | Int./Div. | | | Sold | 05/10/16 | J | A | |
| 29. Thornburg Ltd term muni fund | A | Int./Div. | J | T | | | | | |
| 30. American Fund Tax Exempt Bond | A | Int./Div. | J | T | | | | | |
| 31. Columbia Acorn International | A | Dividend | J | T | Buy (add'l) | 06/17/16 | J | | |
| 32. | | | | | Sold (part) | 09/30/16 | J | A | |
| 33. Eaton Vance Atlanta Cap SMID 1 | A | Dividend | K | T | Sold (part) | 09/27/16 | J | A | |
| 34. | | | | | Buy (add'l) | 10/27/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 06/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 12/05/16 | J | A | |
| 36. MFS Growth Fund Cl I | A | Dividend | J | T | Sold (part) | 06/17/16 | J | A | |
| 37. | | | | | Sold (part) | 09/27/16 | J | A | |
| 38. Primecap Odyssey stock fund | A | Dividend | K | T | Sold (part) | 09/26/16 | J | A | |
| 39. | | | | | Sold (part) | 12/05/16 | J | A | |
| 40. Amer Fds Cllge Tgt 2018 529-A | A | Dividend | | | Sold | 11/21/16 | M | A | |
| 41. Voya 529 Age 16 Option Cl AR | | None | M | T | Buy | 12/05/16 | M | | |
| 42. Voya 529 Age 16 Option Cl C | | None | J | T | Buy | 12/05/16 | J | | |
| 43. JP Morgan Fed Money | A | Dividend | K | T | Buy (add'l) | 05/10/16 | J | | |
| 44. | | | | | Sold (part) | 06/17/16 | K | A | |
| 45. | | | | | Buy (add'l) | 06/17/16 | K | | |
| 46. | | | | | Sold (part) | 09/28/16 | J | A | |
| 47. | | | | | Sold (part) | 10/04/16 | J | A | |
| 48. | | | | | Buy (add'l) | 12/05/16 | K | | |
| 49. Alger Small/mid cap growth | A | Dividend | | | Sold | 05/03/16 | K | A | |
| 50. Munder Mid Cap Core Growth(Victory Mund Mid Cap core gr y) | A | Dividend | | | Sold | 05/03/16 | K | A | |
| 51. Ranier mid cap equity | A | Dividend | | | Sold | 10/27/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 06/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. columbia small cap value ii | A | Dividend | K | T | Sold (part) | 12/05/16 | J | A | |
| 53. Delaware US growth | A | Dividend | K | T | Sold (part) | 05/03/16 | J | A | |
| 54. | | | | | Sold (part) | 12/05/16 | J | A | |
| 55. T Rowe Price Instl Lrge Cp Gr | A | Dividend | | | Sold (part) | 05/03/16 | K | A | |
| 56. | | | | | Sold | 12/05/16 | K | A | |
| 57. Dodge & Cox Stock | A | Dividend | M | T | Sold (part) | 05/03/16 | K | A | |
| 58. | | | | | Sold (part) | 09/27/16 | J | A | |
| 59. MFS Value | A | Dividend | L | T | Sold (part) | 05/03/16 | J | A | |
| 60. | | | | | Sold (part) | 12/05/16 | J | A | |
| 61. Artisan Intl Value | A | Dividend | L | T | Sold (part) | 12/05/16 | J | A | |
| 62. Euro Pacific Growth Fund Cl F1 | A | Dividend | L | T | Sold (part) | 12/05/16 | J | A | |
| 63. (Franklin) Mutual Global Discovery Cl Z(SAME AS LINE 20) | A | Dividend | L | T | | | | | |
| 64. Oppenheimer Intl Growth | A | Dividend | L | T | Sold (part) | 10/26/16 | J | A | |
| 65. | | | | | Sold (part) | 12/05/16 | J | A | |
| 66. T. Rowe Price Intl Discovery | A | Dividend | K | T | Sold (part) | 05/03/16 | K | A | |
| 67. Dodge & Cox Income | A | Dividend | L | T | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 06/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. JP Morgan Core Bond | A | Dividend | M | T | Buy (add'l) | 05/03/16 | K | | |
| 71. | | | | | Sold (part) | 12/05/16 | K | A | |
| 72. Loomis Sayles Inv Grade Bd | A | Dividend | | | Sold | 05/03/16 | K | A | |
| 73. SmallCap World Fund Cl A | A | Dividend | J | T | | | | | |
| 74. Invesco Growth & Income Fund A | | None | K | T | | | | | |
| 75. Nike | A | Dividend | K | T | | | | | |
| 76. EdVest Wells Fargo Moderate Portfolio | A | Dividend | J | T | | | | | |
| 77. Walt Disney | A | Dividend | J | T | | | | | |
| 78. Putnam Multi-Cap Growth Fund-A | | None | J | T | | | | | |
| 79. Northwestern Mutual Whole Life Ins. | | None | L | T | | | | | |
| 80. Oppenheimer Champion Income Fund A | A | Dividend | J | T | | | | | |
| 81. PIMCO High Yield Instl | A | Interest | K | T | | | | | |
| 82. iShores Russell 1000 Value E TF | A | Dividend | J | T | Buy | 06/17/16 | J | | |
| 83. | | | | | Sold (part) | 09/27/16 | J | A | |
| 84. Vangard Small Cap Value ETF | A | Dividend | K | T | Buy | 06/17/16 | J | | |
| 85. iShares MSCI EAFE value ETF | A | Dividend | K | T | Buy | 06/17/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 06/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 09/27/16 | J | A | |
| 87. American High-Income Muni Bd Cl F-2 | A | Int./Div. | J | T | Buy | 06/17/16 | J | | |
| 88. Dodge and Cox International Stock | A | Dividend | K | T | Buy | 06/17/16 | K | | |
| 89. | | | | | Sold (part) | 09/27/16 | J | A | |
| 90. Tax Exempt Bond Fund of America F2 | A | Int./Div. | J | T | Buy | 06/17/16 | K | | |
| 91. | | | | | Sold (part) | 09/27/16 | J | A | |
| 92. Vangard Small Cap Growth | A | Dividend | J | T | Buy | 10/04/16 | J | | |
| 93. Artisan Mid Cap Val Fd Adv Cl | A | Dividend | L | T | Buy | 05/03/16 | L | | |
| 94. | | | | | Sold (part) | 12/05/16 | J | A | |
| 95. Brown Cap Mgmt Samll Co Fd | A | Dividend | K | T | Buy | 05/03/16 | K | | |
| 96. | | | | | Sold (part) | 09/26/16 | J | A | |
| 97. | | | | | Sold (part) | 12/05/16 | J | A | |
| 98. Causeway Intl Value Fund | A | Dividend | K | T | Buy | 05/03/16 | K | | |
| 99. DFA US Small Cap Value Fd | A | Dividend | K | T | Buy | 05/03/16 | K | | |
| 100. | | | | | Sold (part) | 12/05/16 | J | A | |
| 101. iShares S&P Value ETF | A | Dividend | J | T | Buy | 12/05/16 | J | | |
| 102. JP Morgan US Govt MMF | A | Dividend | J | T | Buy | 05/03/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 06/28/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 12/05/16 | K | A | |
| 104. iShares Russell 2000 ETF | A | Dividend | J | T | Buy | 12/05/16 | J | | |
| 105. Vangard FTSE All-World Ex-US | A | Dividend | J | T | Buy | 12/05/16 | J | | |
| 106. Bridge Bulider Core Bond | | None | K | T | Buy | 12/05/16 | K | | |
| 107. Bridge Builder Large Value | | None | K | T | Buy | 12/05/16 | J | | |
| 108. Bridge Builder Small Mid Value | | None | J | T | Buy | 12/05/16 | J | | |
| 109. Bond Fund of America | | None | J | T | Buy | 12/05/16 | J | | |
| 110. Bridge Builder Intl Equity | | None | K | T | Buy | 12/05/16 | K | | |
| 111. Franklin Mutual Shares Cl Z | | None | J | T | Buy | 12/05/16 | J | | |
| 112. Vangard FTSE Dev Mkts ETF | | None | J | T | Buy | 12/05/16 | J | | |
| 113. Capital World Bd Fd | | None | J | T | Buy | 12/05/16 | J | | |
| 114. Bridgwe Builder Lg Growth | | None | K | T | Buy | 12/05/16 | K | | |
| 115. PIMCO high yield fund Instl Cl | | None | K | T | Buy | 12/05/16 | K | | |
| 116. Bridge Builder Core Plus Bond | | None | K | T | Buy | 12/05/16 | K | | |
| 117. Bridge Builder Small Mid Growth | | None | J | T | Buy | 12/05/16 | J | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 06/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 06/28/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II: The WisPACT trust identified in Part II is an unfunded special needs trust. It contains no assets because it is established as a state-sponsored vehical for a qualifying disabled person to receive inheritances and other gifts without jeopardizing the provision of necessary government benefits.

Part V. The dollar amounts are estimates because the exact amounts are unknown and unavailable.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gerald M. Halfenger**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544